[Civil No. 484.]

THE CAÑADA DEL ORO MINES (LIMITED), a Corporation, Appellant, v. FRANK MILTENBERG, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

Frank H. Hereford, for Appellant.

William M. Lovell, for Appellee.

July 31, 1895. Affirmed.